BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Acting Regional Chief Counsel, Region IX
Social Security Administration
HENRY L. CHI, CSBN 265009
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA  94105
    Telephone:  415-977-8953
    Facsimile:  415-744-0134
    E-Mail:  henry.chi@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO

| | |
|---|---|
| SEAN MICHAEL EMMONS, | ) CIVIL NO. 2:15-cv-01509-EFB |
|     Plaintiff, | ) |
| v. | ) **STIPULATION AND** ~~**PROPOSED**~~ |
| | ) **ORDER FOR A FIRST EXTENSION OF** |
| CAROLYN W. COLVIN, | ) **TIME FOR DEFENDANT TO RESPOND** |
| | ) **TO PLAINTIFF'S MOTION FOR** |
| Acting Commissioner of Social Security, | ) **SUMMARY JUDGMENT** |
|     Defendant. | ) |
| | ) |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have a first extension of time of 45 days to respond to Plaintiff's Motion for Summary Judgment.  There is good cause for this extension because of Defendant's Counsel's workload and the holidays.  Despite his diligent efforts, competing

deadlines necessitate an extension, including a scheduled oral argument before the Ninth Circuit. Additionally, Defendant needs additional time to respond to Plaintiff's arguments.  Given these factors, Defendant respectfully requests an extension and Plaintiff also consents to this extension.

The current due date is January 7, 2016.  The new due date will be February 22, 2016. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: *December 30, 2015*  */s/ Henry L. Chi for John Vincent Johnson\**
(*by email authorization on December 30, 2015)
John Vincent Johnson
Attorney for Plaintiff

Dated: *December 30, 2015*  BENJAMIN B. WAGNER
United States Attorney

By:  */s/ Henry L. Chi*
Henry L. Chi
Special Assistant U.S. Attorney

Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED.

DATED: January 4, 2016

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE