JOHN V. JOHNSON
341 Flume Street, Suite C
Chico, California 95928
Telephone: (530) 893-0696
SBN 103137

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SEAN MICHAEL EMMONS, ) | Civ.  No. 2:15-CV-01509-EFB |
| ) | |
| Plaintiff, ) | STIPULATION FOR ATTORNEY'S FEES |
| ) | UNDER THE EQUAL ACCESS TO |
| vs. ) | JUSTICE ACT, 28 U.S.C. Section 2412(d) |
| ) | |
| CAROLYN W. COLVIN, Acting Commissioner ) | |
| of  the Social Security Administration, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

## STIPULATION

It is hereby stipulated by and between the parties through their undersigned counsel, subject to the approval of the Court, that Sean Michael Emmons will be awarded attorney fees in the amount of FIVE THOUSAND FIVE HUNDRED and NO CENTS DOLLARS ($5,500.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. section 2412(d). This amount represents compensation for all legal services rendered on behalf of Sean Michael Emmons by counsel in connection with this civil action before the United States District Court for the Eastern District of California in accordance with 28 U.S.C. section 2412(d).

After the Court issues an order for EAJA fees to Sean Michael Emmons, the Commissioner of the Social Security Administration will consider any assignment of EAJA fees to John V. Johnson pursuant to <u>Astrue v. Ratliff</u>, 130 S.Ct. 2521, 2252-2253 (2010), the ability to honor any such assignment will depend on whether the fees are subject to any offset allowed under the United States Department of Treasury's Offset Program. After the order for EAJA fees is entered, the Commissioner of the Social Security Administration will determine whether they are subject to any offset.

1

Fees and expenses shall be made payable to Sean Michael Emmons, but if the Department of the Treasury determines that Sean Michael Emmons does not owe a federal debt, then the government shall cause the payment of fees to be made directly to John V. Johnson, pursuant to any assignment executed by Sean Michael Emmons. Any payment made shall be delivered to John V. Johnson.

This stipulation constitutes a compromise settlement of Sean Michael Emmons' request for EAJA attorney fees, expenses and costs, and does not constitute an admission of liability on the part of the Commissioner of the Social Security Administration under EAJA. Payment of the agreed amount shall constitute complete release from, and bar to, any and all claims that Sean Michael Emmons and/or John V. Johnson may have relating to EAJA attorney fees, expenses, and costs in connection with this action.

Respectfully Submitted,

DATED: January 11, 2017

/ s / John V. Johnson
(As authorized
johnvjohnson@sbcglobal.net)
John V. Johnson
Attorney for Plaintiff

DATED: January 11, 2017

PHILLIP TALBERT
United States Attorney
DEBORAH L. STACHEL,
Acting Regional Chief
Chief Attorney, Region IX
Social Security Administration

By: / s / Richard Rodriguez
    Special Assistant
    U. S. Attorney
    Attorney for Defendant
    Richard.Rodriguez@ssa.gov

**ORDER**

APPROVED AND SO ORDERED.

Dated:  January 17, 2017.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE